THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN P. BULGO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 2, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Supreme Court rendered October 23, 1920, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert H. Wilson* for appellant.
*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.